2) Caption, civil cases



COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS



SILVESTRE BUSTOS,


 Appellant,


v.


THE STATE OF TEXAS,


 Appellee.
§


 


§


 


§


 


§


 


§


 


 § 


No. 08-09-00061-CR



Appeal from the


41st District Court


of El Paso County, Texas 


(TC# 20040D02828) 


MEMORANDUM OPINION


 Pending before the Court is a motion to dismiss filed by the Appellant pursuant to
Tex.R.App.P. 42.2(a). The motion is in compliance with Rule 42.2(a). Accordingly, we grant the
motion and dismiss the appeal.


 GUADALUPE RIVERA, Justice


April 2, 2009


Before Chew, C.J., McClure, and Rivera, JJ.


(Do Not Publish)